UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

Verda A. Johnson,
                DEBTOR.
_____/

CHAPTER 13
CASE NO. 12-63039-PJS
JUDGE PHILLIP J. SHEFFERLY

## TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Standing Trustee, David Wm. Ruskin, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to L.B.R. 3015-3(a) (E.D.M.) as follows:

1. The information regarding the attorney fees owed is inconsistent between the debtor's Plan and 2016(b) Statement, and the Trustee requests that the debtor file an appropriate amendment to correct such inconsistency.

2. Based upon the Proof of Claim of Donner Meadows Condominium Association, debtor has an obligation owing to this creditor that the debtor fails to treat in the debtor's Chapter 13 Plan. Further, based upon the debtor's testimony at the First Meeting of Creditors, debtor is not current on this obligation. Accordingly, the debtor's Plan may fail to comply with 11 U.S.C. Section 1325 and L.B.R. 3070-1 (E.D.M.).

3. Based on the Plan as filed, the debtor fails to provide for the submission of sufficient future earnings or future income for the execution of the Plan in contravention of 11 U.S.C. Section 1322(a)(1).

**WHEREFORE,** the Chapter 13 Standing Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan.

                OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
                David Wm. Ruskin, Chapter 13 Standing Trustee

Dated: December 11, 2012     /s/ Lisa K. Mullen_____
                DAVID WM. RUSKIN (P26803)
                LISA K. MULLEN (P55478)
                THOMAS D. DECARLO (P65330)
                1100 Travelers Tower
                26555 Evergreen Road
                Southfield, MI 48076-4251
                Telephone (248) 352-7755

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN RE:

Verda A. Johnson,

           DEBTOR.

_____/

CHAPTER 13
CASE NO. 12-63039-PJS
JUDGE PHILLIP J. SHEFFERLY

## CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

I hereby certify that on December 11, 2012, I electronically filed the **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

The following parties were served electronically:

    CARR & ASSOCIATES
    18 FIRST ST
    MT CLEMENS, MI  48043-0000

The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

    Verda A. Johnson
    50221 North Benny Ct.
    Chesterfield, MI 48047-0000

        /s/ Nicole L. Chevalier
    Nicole L. Chevalier
    For the Office of the Chapter 13 Standing Trustee-Detroit
    1100 Travelers Tower
    26555 Evergreen Road
    Southfield, MI 48076-4251
    (248) 352-7755