UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

|  |  |
|---|---|
| Verda A. Johnson,<br>DEBTOR.<br>_____/ | CHAPTER 13<br>CASE NO. 12-63039-PJS<br>JUDGE PHILLIP J. SHEFFERLY |

### TRUSTEE'S OBJECTIONS TO CONFIRMATION OF THE
### DEBTOR'S SECOND MODIFIED, PRE-CONFIRMATION CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Standing Trustee in this matter, David Wm. Ruskin, and objects to confirmation of the debtor's Second Modified, Pre-Confirmation Chapter 13 Plan, and in support thereof states as follows:

1. The Trustee questions the feasibility of the debtor's Chapter 13 Plan as the Second Modified, Pre-Confirmation proposes for the debtor the make Plan payments in the amount of $186.51 bi-weekly or $404.11 per month, however, based upon the debtor's last Amended Schedule J, the debtor only has net disposable income in the amount of $366.74 per month. Accordingly, the debtor's Proposed Chapter 13 Plan may fail to comply with 11 U.S.C. Section 1325(a)(6).

**WHEREFORE,** the Chapter 13 Standing Trustee prays that this Honorable Court deny confirmation of the debtor's Chapter 13 Plan.

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
David Wm. Ruskin, Chapter 13 Standing Trustee

Dated: January 31, 2013   /s/ Lisa K. Mullen
DAVID WM. RUSKIN (P26803)
LISA K. MULLEN (P55478)
THOMAS D. DECARLO (P65330)
1100 Travelers Tower
26555 Evergreen Road
Southfield, MI 48076-4251
Telephone (248) 352-7755

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN RE:

Verda A. Johnson,

                    DEBTOR.

_____/

CHAPTER 13
CASE NO. 12-63039-PJS
JUDGE PHILLIP J. SHEFFERLY

**CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTIONS TO CONFIRMATION OF THE DEBTOR'S SECOND MODIFIED, PRE-CONFIRMATION CHAPTER 13 PLAN**

     I hereby certify that on January 31, 2013, I electronically filed the Trustee's Objections to Confirmation of the debtor's Second Modified, Pre-Confirmation Chapter 13 Plan with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

The following parties were served electronically:

     CARR & ASSOCIATES
     18 FIRST ST
     MT CLEMENS, MI  48043-0000

     The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

     Verda A. Johnson
     50221 North Benny Ct.
     Chesterfield, MI  48047-0000

                    /s/ W. Noelle Balloid_____
               W. Noelle Balloid
               For the Office of the Chapter 13 Standing Trustee-Detroit
               1100 Travelers Tower
               26555 Evergreen Road
               Southfield, MI 48076-4251
               (248) 352-7755