UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                                      CHAPTER 13
VERDA A. JOHNSON                                       Case No. 12-63039-PJS
                                                       Judge PHILLIP J. SHEFFERLY

_____DEBTOR_____

## CHAPTER 13 TRUSTEE'S REQUEST FOR TURNOVER OF TAX RETURNS AND/OR TAX REFUNDS

- Bankruptcy law requires that a debtor send a copy of each year's Federal Tax Return (or a tax transcript) to the Chapter 13 Trustee on request. **Please send a copy of your 2013 Federal Tax Return (including all schedules and attachments) to:**

    Office of Chapter 13 Trustee
    26555 Evergreen, Suite 1100
    Southfield, MI 48076.

    If you have already mailed or delivered a copy of your 2013 Federal Tax Return or transcript to the Trustee, it is not necessary to send another copy.

- You are required by your Chapter 13 Plan to pay to the Trustee **all Federal Tax Refunds** that you receive while you are in Chapter 13. Please make your **tax refunds payable to the Standing Chapter 13 Trustee and mail to:**

    Office of Chapter 13 Trustee
    1593 Reliable Parkway
    Chicago, IL 60686.

    Please include the Chapter 13 case number on the face of the check or money order. **If you have not yet received your refund, please mail that refund to the Trustee as soon as you receive it.** If you have already mailed your refund to the Trustee, thank you for your cooperation.

                            OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
                            David Wm. Ruskin, Chapter 13 Standing Trustee

Dated: March 13, 2014       /s/ David Wm. Ruskin
                            _____
                            DAVID WM. RUSKIN (P26803)
                            26555 Evergreen Road Ste 1100
                            Southfield, MI 48076-4251
                            Telephone (248) 352-7755

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

VERDA A. JOHNSON

CHAPTER 13
Case No. 12-63039-PJS
Judge PHILLIP J. SHEFFERLY

DEBTOR

## CERTIFICATE OF SERVICE OF CHAPTER 13 TRUSTEE'S REQUEST FOR TURNOVER OF TAX RETURNS AND TAX REFUNDS

I hereby certify that on March 13, 2014, I electronically filed the Chapter 13 Trustee's Request for Turnover of Tax Returns and/Or Tax Refunds using the ECF system which will send notification of such filing to the following:

The following parties were served electronically:

Carr & Associates
18 First St
Mt Clemens, MI 48043

The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

Verda A. Johnson
50221 North Benny Ct.
Chesterfield, MI 48047

/s/ W. Noelle Balloid
W. Noelle Balloid
For the Office of the Chapter 13 Standing Trustee-Detroit
1100 Travelers Tower
26555 Evergreen Road
Southfield, MI 48076-4251
(248) 352-7755